CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED for H-Burg
OCT 31 2023
LAURA A. AUSTIN, CLERK
BY: /s/ J. Clark
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRANCE JAMAL RYCROFT,<br><br>Defendant. | Case No. **5:23CR18**<br><br>*In violation of*:<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)(viii) |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
*21 U.S.C. § 841(a)(1), (b)(1)(C)*
**Distribution of Methamphetamine**

1. On or about July 8, 2022, in the Western District of Virginia, the defendant, TERRANCE JAMAL RYCROFT, did knowingly and intentionally distribute five grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

2. In violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)(viii).

## NOTICE OF FORFEITURE

1. Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

    c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

TRUE BILL this 31st day of October, 2023.

s/*GRAND JURY FOREPERSON*
FOREPERSON

*Christopher R. Kavanaugh /KR*
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY